**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSHUA ROGERS,

                Plaintiff,                25 **CIVIL** 1663 (LLS)

      -against-                        **JUDGMENT**

THE PALM RESTAURANT; DEL FRISCO'S;
DOUBLE EAGLE; LAUNDRY;

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 1, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. §1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The motion for a judgment is denied as unnecessary. Plaintiff is reminded that if he abuses the privilege of proceeding IFP by filing complaints lacking in merit, the Court may order him to show cause why he should not be barred from filing complaints IFP in this Court without prior permission. Judgment is entered dismissing this action.

**Dated:** New York, New York

      July 8, 2025

                                                                **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                  **BY:**         *K. Mango*

                                                                   **Deputy Clerk**